THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leonard E.
 Scruggs, Appellant.
 
 
 

Appeal From Spartanburg County
Alexander S. Macaulay, Circuit Court Judge
Unpublished Opinion No.  2008-UP-687
Submitted December 1, 2008  Filed
 December 11, 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER
 CURIAM:  Leonard Scruggs appeals his
 conviction for possession with intent to distribute crack cocaine within a
 one-half mile radius of a school.  Scruggs maintains the trial judge erred in
 failing to enter a directed verdict when the State failed to prove possession
 within a one-half mile radius of a school.  Scruggs has filed a separate pro se
 brief claiming the trial judge erred in denying his motion to suppress the
 cocaine because the traffic stop and subsequent encounter violated his Fourth
 Amendment rights.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.